# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| METRON NUTRACEUTICALS, LLC, | CASE NO.: 1:20-cv-01803 |
| Plaintiff, | JUDGE: J. PHILIP CALABRESE |
| v. | |
| CHRISTINA RAHM COOK aka Christina Rahm, et al., | **DEFENDANT CLAYTON THOMAS' RESPONSE TO JUDGE CALABRESE REQUEST FOR NAMES OF ATTORNEYS USED IN FILING OF RESPONSE** |
| Defendants. | |

Defendant Clayton Thomas ("**Thomas**") hereby provides the following response ("**Response**") to the request of attorney names used in filing the approximate June 23 response.

## THOMAS' RESPONSE

After review of consultants and legal assistance provided in formulation of the responses filed by Mr. Thomas, no attorneys were consulted in the creation of the response. Mr. Thomas used materials on hand and guidance from legal assistants in the creation and formation of his responses. No attorney was used in the creation of the responses.

*/s/*
*Defendant, Clayton Thomas pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2021, a copy of the foregoing *DEFENDANT CLAYTON THOMAS' RESPONSE TO JUDGE CALABRESE REQUEST FOR NAMES OF ATTORNEYS USED IN FILING OF RESPONSE* was sent via electronic mail and ordinary mail to the following:

Ryan K. Rubin
Daniel A. Leister
Bradley J. Barmen
LEWIS BRISBOIS BISGAARD & SMITH LLP
1375 E. 9th Street, Suite 2250
Cleveland, Ohio 44114
Tel. 216.344.9422
Fax 216.344.9421
Ryan.Rubin@lewisbrisbois.com
Dan.Leister@lewisbrisbois.com
Brad.Barmen@lewisbrisbois.com
*Counsel for Plaintiff*
*Metron Nutraceuticals, LLC*

Andrew S. Peterson
Nicholas J. M. Holland
Steven W. Albert
apeterson@salbertlaw.com
salbert@salbertlaw.com
njmholland@salbertlaw.com
*Counsel for Defendants*
*Christina Rahm Cook;*
*Dr. Christina Rahm, LLC;*
*Dr. Christina Rahm Ventures, Inc.;*
*Cure the Causes, Inc.; and*
*Merci Dupre, LLC*

**Robert J. Hanna, Esq.**
**Courtenay Young Jalics, Esq.**
robert.hanna@tuckerellis.com
courtenay.jalics@tuckerellis.com
*Counsel for Defendants Mark E. Adams and*
*Top Partners Management, LLC*

**William H. Falin, Esq.**
wfalin@mosctreu.com
*Counsel for Defendant*
*EnTox Solutions, LLC*

/s/
Clayton R Thomas, pro se

2