UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| METRON NUTRACEUTICALS, LLC, | ) Case No. 1:20-cv-01803 |
| Plaintiff, | ) Judge J. Philip Calabrese |
| v. | ) Magistrate Judge ) James E. Grimes, Jr. |
| CHRISTINA RAHM COOK, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

On February 7, 2025, Plaintiff Metron Nutraceuticals, LLC and Defendants Christina Rahm Cook; Dr. Christina Rahm, LLC; Dr. Christina Rahm Ventures Incorporated; Cure the Causes, Inc.; and Merci Dupre LLC jointly moved to dismiss these Defendants with prejudice under Rule 41(a)(2). (ECF No. 223.) After a defendant has filed an answer or a motion for summary judgment, a plaintiff may obtain a voluntary dismissal "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). This type of dismissal generally is without prejudice. *Id.* Requiring court approval "protect[s] the nonmovant from unfair treatment." *Grover by Grover v. Eli Lilly & Co.*, 33 F.3d 716, 718 (6th Cir. 1994) (citation omitted). Whether to grant dismissal "is within the sound discretion of the district court." *Id.* (citing *Banque de Depots v. National Bank of Detroit*, 491 F.2d 753, 757 (6th Cir. 1974)).

In exercising this discretion, courts consider whether "the defendant would suffer 'plain legal prejudice' as a result of a dismissal without prejudice, as opposed to facing the mere prospect of a second lawsuit." *Id.* (citation and quotation omitted). But the prospect of legal prejudice need not be considered where, as here, the plaintiff is moving for dismissal with prejudice. *Crenshaw v. Portfolio Recovery Assocs., LLC*, 433 F. Supp. 3d 1057, 1062 (W.D. Ky. 2020).

Here, Plaintiff moves to dismiss with prejudice, alleviating the Court of the need to examine plain legal prejudice. Accordingly, in the exercise of its discretion, the Court **DISMISSES** these Defendants with prejudice.

**SO ORDERED.**

Dated: February 7, 2024

	J. Philip Calabrese
	United States District Judge
	Northern District of Ohio